IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Rebecca Bramel, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv281 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 11, 2015 (Doc. 26), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 29, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the Equal Access to Justice Act fee petition filed by Plaintiff's counsel (Doc. 25) is GRANTED.  Plaintiff is awarded $2,796.50 in attorney fees and $400.00 in costs for a total amount of $3,196.50.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Judge Susan J. Dlott
United States District Court